FILED 07 NOV '13 15:02 USDC-ORP

## UNITED STATES DISTRICT COURT

**UNDER SEAL**

## DISTRICT OF OREGON

## PORTLAND DIVISION

UNITED STATES OF AMERICA

3:13-CR- 00532- MO

v.

**INDICTMENT**

SHANE JACK;
LANDON BRITT;
GEORGIA JACK;
BRANDON LYONS;
RONALD STOLTENBERG;
JAMES LONGORIA, JR.;
MATTHEW BOWEN;
CHRISTOPHER BOWDEN;
DOUG ERICKSON;
REBECCA ERICKSON;
TRAVIS MONTEITH;
GERMAN MARTIN MCCUBBIN;
BRADLEY HOLLIBAUGH;
ALI SHAGHAGHI;
BENJAMIN LUCK;
KEITH KOFOED;

[18 U.S.C. §§ 924(c)(1)(A) and (d);
§§ 982 (a)(1) and (b)(1);
§§ 1956 (a)(2)(A) and (h);
21 U.S.C. §§ 841 (a)(1); (b)(1)(C),
(b)(1)(D), (b)(1)(E); § 843 (b); § 846;
§ 853; § 856;
§ 963
28 U.S.C. § 2461(c)]

**UNDER SEAL**

Defendants.

## THE GRAND JURY CHARGES:

## COUNT 1
### [CONSPIRACY]

**I.     INTRODUCTION.**

At various times material to this Indictment:

**A.     THE DEFENDANTS.**

1.     **SHANE JACK**, was a resident of the state and District of Oregon from before

January 2008 to the date of this Indictment.  According to an Amended Annual Report filed by

defendant **LANDON BRITT** with the State of Oregon Secretary of State, **SHANE JACK**, of

8116 SE Duke Street, Portland, Oregon 97206, is the Registered Agent and President of SJ

Motors, Inc., a Domestic Business Corporation. Defendant **SHANE JACK** holds and controls

four bank accounts: (1) Bank of America, Business Economy Checking Account Number

xxxxxx6366, in name of Shane R. Jack dba SJ Motors, Inc.; (2) Wells Fargo Bank, Custom

Management Checking Account Number xxx-xxx 6434, in name of Shane R. Jack; (3) Bank of

America, Regular Checking Account Number xxxx xxxx 9933, in name of Shane R. Jack; (4) US

Bank, Silver Elite Checking Account Number x xxx xxxx 5548, in name of Shane R. Jack and

Bud F. Jack. Defendant **SHANE JACK** is married to defendant **GEORGIA JACK,** and as of

the date of this Indictment, resides with her at 8116 SE Duke Street, Portland, Oregon.

Defendant **SHANE JACK** is the father of S.H., who resides in Idaho Falls, Idaho.

2.     Defendant **LANDON BRITT** was a resident of the state and District of Oregon

from before January 2008 to the date of this Indictment. According to an Amended Annual

Report, filed by defendant **LANDON BRITT** with the State of Oregon Secretary of State,

**LANDON BRITT** of 12523 SE Harold Street, Portland, Oregon, is the Secretary of SJ Motors,

Inc. Defendant **LANDON BRITT** holds and controls three bank accounts: (1) J.P. Morgan

Chase, Chase Business Select Checking Account Number xxxxx 2204, in name of SJ Motors

Inc. (held by Landon Britt); (2) Bank of America, My Access Checking Account Number xxxx

5659, in name of Landon Britt and Tammi L. Britt; (3) J.P. Morgan Chase, Chase Premier Plus

Checking Account Number xxx-xxx 4304, in name of Landon Britt.   Defendant LANDON

BRITT, at the time of this indictment, resides at 12523 SE Harold Street, Portland, Oregon, and

owns rural property in Selma, Oregon.

3.     Defendant **GEORGIA JACK** is married to defendant **SHANE JACK,** and as of

the date of this Indictment, resides with him at 8116 SE Duke Street, Portland, Oregon.

**Indictment**                                                                                    **Page 2**

4. Defendant **RONALD STOLTENBERG**, at times material to this indictment, was a resident of 518 SE 102nd Avenue, Vancouver, Washington.

5. Defendant **BRANDON LYONS,** at times material to this indictment, was a resident of Portland and Clackamas, Oregon. Defendant **BRANDON LYONS** is the son of defendant **REBECCA ERICKSON** and the step-son of defendant **DOUG ERICKSON**.

6. Defendant **JAMES LONGORIA, JR.**, at times material to this indictment, was a resident of Clackamas, Oregon.

7. Defendant **MATTHEW BOWEN,** at times material to this indictment, was a resident of Tualatin, Oregon.

8. Defendant **CHRISTOPHER BOWDEN**, at times material to this indictment, was a resident of Beaverton, Oregon.

9. Defendant **DOUG ERICKSON**, at times material to this indictment, was a resident of Portland, Oregon, was a step-father to defendant **BRANDON LYONS**, and was married to defendant **REBECCA ERICKSON**.

10. Defendant **REBECCA ERICKSON**, at times material to this indictment, was a resident of Portland, Oregon, was mother to defendant **BRANDON LYONS**, and was married to defendant **DOUG ERICKSON**.

11. Defendant **TRAVIS MONTEITH**, at times material to this indictment, was a resident of Fairview, Oregon.

12. Defendant **GERMAN MARTIN MCCUBBIN**, at times material to this indictment, was a resident of the state of California.

13. Defendant **BRADLEY HOLLIBAUGH**, at times material to this indictment, was a resident of Otis Orchards, Washington.

**Indictment**                                                                 **Page 3**

14.     Defendant **ALI SHAGHAGHI**, at times material to this indictment, was a resident of Seattle, Washington.

15.     Defendant **BENJAMIN LUCK**, at times material to this indictment, was a resident of the state of California.

16.     Defendant **KEITH KOFOED**, at times material to this indictment, was a resident of the states of California and North Carolina.

## II.     OBJECTS OF THE CONSPIRACY.

Beginning at a time unknown, and continuing thereafter until the date of this Indictment, in the District of Oregon and elsewhere, defendants **SHANE JACK, LANDON BRITT, GEORGIA JACK, BRANDON LYONS, RONALD STOLTENBERG, JAMES LONGORIA, JR., MATTHEW BOWEN, CHRISTOPHER BOWDEN, DOUG ERICKSON, REBECCA ERICKSON, TRAVIS MONTEITH, GERMAN MARTIN MCCUBBIN, BRADLEY HOLLIBAUGH, ALI SHAGHAGHI, BENJAMIN LUCK** and **KEITH KOFOED** did knowingly and intentionally combine, conspire, confederate and agree with each other and with others known and unknown to the grand jury, to commit the following offenses, all in violation of United States Code 21 U.S.C. Sections 846 and 963, to-wit:

**A.     Importation of Controlled Substances into the United States**: The conspirators agreed to import anabolic steroids, a Schedule III controlled substance, into the United States, in violation of Title 21, United States Code, Sections 952 (b) and 960;

**B.     The Manufacture, Distribution and Possession with Intent Distribute Controlled Substances:** (1) The conspirators agreed to manufacture anabolic steroids (Schedule III); (2) The conspirators agreed to manufacture marijuana (Schedule I); (3) The conspirators agreed to distribute and possess with intent to distribute anabolic steroids (Schedule III); (4) The

**Indictment**                                                                                                          **Page 4**

conspirators agreed to distribute and possess with intent to distribute marijuana (Schedule I); (5) The conspirators agreed to distribute and possess with intent to distribute Oxycodone (Schedule II); (6) The conspirators agreed to distribute and possess with intent to distribute Hydrocodone (Schedule III); all in violation of Title 21, United States Code, Sections 841(a)(1) and 841 (b)(1)(C), (b)(1)(D) and (b)(1)(E).

    **C.**    **Use of a Communication Facility**: The conspirators agreed to use communication facilities, including telephones, in the commission, causing or facilitation of felony offenses related to the importation, manufacturing, distribution and possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 843(b);

    **D.**    **Maintaining Drug-Involved Premises:** The conspirators agreed to lease, rent, use or maintain, a place, whether permanently or temporarily, for the purpose of manufacturing, distributing, or using any controlled substance, in violation of Title 21, United States Code, Section 856; and

**III.**    **MANNER AND MEANS BY WHICH THE CONSPIRACY WAS CARRIED OUT**.

    Defendants **SHANE JACK, LANDON BRITT, GEORGIA JACK, BRANDON LYONS, RONALD STOLTENBERG, JAMES LONGORIA, JR., MATTHEW BOWEN, CHRISTOPHER BOWDEN, DOUG ERICKSON, REBECCA ERICKSON, TRAVIS MONTEITH, GERMAN MARTIN MCCUBBIN, BRADLEY HOLLIBAUGH, ALI SHAGHAGHI, BENJAMIN LUCK** and **KEITH KOFOED,** together with others both known and unknown to the grand jury acting at the defendants' direction, carried out the conspiracy through the following manners and means:

**Indictment**        **Page 5**

1.      It was part of the conspiracy that defendants **SHANE JACK** and **LANDON BRITT** created and registered SJ Motors, Inc. as a Domestic Business Corporation with the State of Oregon, so as to create a front for their drug-trafficking and money laundering activity.

2.      It was further a part of the conspiracy that defendants **SHANE JACK, LANDON BRITT** and **BRANDON LYONS** ordered and acquired schedule III controlled substance anabolic steroids from locations outside the United States, namely China.

3.      It was further a part of the conspiracy that defendants **LANDON BRITT** and **BRANDON LYONS** made payments to suppliers of anabolic steroids from China by transmitting or transferring monetary instruments or funds from a place in the United States to or through a place outside the United States, namely China or Hong Kong, involving wire transfers or bank swift (international bank) transfers of funds, with the intent to promote their drug trafficking activity.

4.      It was further part of the conspiracy that defendants **SHANE JACK, LANDON BRITT, RONALD STOLTENBERG, DOUG ERICKSON, REBECCA ERICKSON** and **MATTHEW BOWEN** were recipients of shipments of anabolic steroids from China.

5.      It was further part of the conspiracy that defendants **SHANE JACK, LANDON BRITT** and **GEORGIA JACK** manufactured anabolic steroids by converting powder anabolic steroids into liquid; packaged or bottled liquid anabolic steroids for distribution; labeled liquid anabolic steroids; manufactured or re-labeled tablet form anabolic steroids; packaged or bottled tablet form anabolic steroids for distribution; and, labeled tablet form anabolic steroids.

6.      It was further part of the conspiracy that defendants **SHANE JACK, LANDON BRITT** and **GEORGIA JACK** manufactured, packaged, labeled or re-labeled additives to

**Indictment**                                                                                     **Page 6**

anabolic steroids such as Human Growth Horman (HGH), Human Chorionic Gonadotropin (GCG), Arimadex, Viagra and Cialis.

7.  It was further part of the conspiracy that defendants **SHANE JACK, LANDON BRITT** and **GEORGIA JACK** labeled anabolic steroids using the "Pharmagen" name, and knew that "Pharmagen" has never been registered with the Drug Enforcement Administration to manufacture or distribute controlled substances.

8.  It was further part of the conspiracy that defendants **SHANE JACK, LANDON BRITT** and **GEORGIA JACK** maintained premises or locations, to include Apartment 106, Building L of the Altamont Summit Luxury Apartments, 9701 SE Johnson Creek Boulevard, Happy Valley, Oregon, to manufacture and prepare controlled substance anabolic steroids for distribution.

9.  It was further part of the conspiracy that defendants **SHANE JACK** and **LANDON BRITT** used the United States Postal Service, including the post office at 3850 SE 82nd Avenue, Portland, Oregon, to mail and distribute controlled substance anabolic steroids to recipients at locations, including those outside the District and state of Oregon, within the United States.

10.  It was further part of the conspiracy that defendants **GERMAN MARTIN MCCUBBIN, BRADLEY HOLLIBAUGH, ALI SHAGHAGHI, BENJAMIN LUCK** and **KEITH KOFOED** received packages containing anabolic steroids, or arranged for others to receive packages containing anabolic steroids, that were mailed by **SHANE JACK** and **LANDON BRITT**.

11.  It was further part of the conspiracy that defendants **SHANE JACK, LANDON BRITT, GEORGIA JACK** and **JAMES LONGORIA, JR.** used residences (12523 SE Harold

**Indictment**                                                                 **Page 7**

Street and 8116 SE Duke Street) in Portland, Oregon, to conduct their manufacturing and distribution of marijuana; their importation, manufacturing and distribution of anabolic steroids; and, their distribution of other controlled substances, oxycodone and hydrocodone.

12.     It was further part of the conspiracy that defendant **LANDON BRITT** purchased and maintained land and property in Selma, Oregon for the purpose of manufacturing and distributing marijuana.

13.     It was further part of the conspiracy that defendants **LANDON BRITT, JAMES LONGORIA, JR.** and **SHANE JACK** coordinated, conducted and organized activity to manufacture marijuana in Oregon and to distribute marijuana to others to locations including those outside the state and District of Oregon.

14.     It was part of the conspiracy that defendants **LANDON BRITT** and **JAMES LONGORIA, JR.** used a fifth wheel camper, which **LANDON BRITT** registered with Oregon Department of Motor Vehicles in April 2013, to conduct their illegal manufacturing and distribution of marijuana.

15.     It was further part of the conspiracy that defendants **SHANE JACK, LANDON BRITT, GEORGIA JACK, BRANDON LYONS, RONALD STOLTENBERG, JAMES LONGORIA, JR., MATTHEW BOWEN, CHRISTOPHER BOWDEN, REBECCA ERICKSON, TRAVIS MONTEITH, GERMAN MARTIN MCCUBBIN, BRADLEY HOLLIBAUGH, ALI SHAGHAGHI, BENJAMIN LUCK** and **KEITH KOFOED** used telephones to organize, conduct and communicate their drug-trafficking activity.

16.     It was further part of the conspiracy that defendants **SHANE JACK; LANDON BRITT; GEORGIA JACK; BRANDON LYONS; RONALD STOLTENBERG; JAMES LONGORIA, JR.; MATTHEW BOWEN; CHRISTOPHER BOWDEN; DOUG**

**Indictment**                                                                                      **Page 8**

ERICKSON; REBECCA ERICKSON and TRAVIS MONTEITH used motor vehicles to transport controlled substances and to conduct their drug-trafficking activity.

17.    It was further part of the conspiracy that defendants GERMAN MARTIN MCCUBBIN, BRADLEY HOLLIBAUGH, ALI SHAGHAGHI, BENJAMIN LUCK, and KEITH KOFOED purchased controlled substance anabolic steroids, and other controlled substances from defendants SHANE JACK and LANDON BRITT and made payment for those purchases by various means, including cash or check deposits into SHANE JACK's or LANDON BRITT's bank accounts and the mailing of cash, checks or money orders to SHANE JACK and LANDON BRITT, for eventual deposit.

18.    It was further part of the conspiracy that defendants GERMAN MARTIN MCCUBBIN, BRADLEY HOLLIBAUGH, ALI SHAGHAGHI, BENJAMIN LUCK and KEITH KOFOED re-distributed controlled substance anabolic steroids supplied by SHANE JACK and LANDON BRITT by various means, including directly re-selling received anabolic steroids and brokering purchases of controlled substance anabolic steroids for their customers.

19.    It was further part of the conspiracy that defendants GERMAN MARTIN MCCUBBIN, MATTHEW BOWEN and TRAVIS MONTEITH supplied and distributed controlled substances, to include anabolic steroids or illegally distributed pharmaceutical controlled substances, such as oxycodone or hydrocodone, to defendants SHANE JACK, GEORGIA JACK and LANDON BRITT.

20.    It was further part of the conspiracy that defendants SHANE JACK and GEORGIA JACK distributed illegally distributed pharmaceutical controlled substances, such as oxycodone or hydrocodone, to customers for consideration.

Indictment                                                                   Page 9

21.     It was further part of the conspiracy that **SHANE JACK** used the U.S. Postal Service to unlawfully distribute marijuana to a location outside the state and District of Oregon.

22.     It was further part of the conspiracy that **SHANE JACK** and **LANDON BRITT** acquired and maintained possession of firearms and ammunition in furtherance of their drug trafficking activity.

### IV.     OVERT ACTS.

In furtherance of the conspiracy, the defendants committed the following overt acts, among others:

1-68.   On the dates listed below defendants **SHANE JACK, LANDON BRITT, RONALD STOLTENBERG**, and others on behalf of the conspiracy, received packages containing controlled substances anabolic steroids from China in the following transactions:

| Date | Sender | Consignee | Address | Recipient |
|------|--------|-----------|---------|-----------|
| 1/28/2008 | SODEXI EXPRESS TEAM | IBE TECHNOLOGY | 8116 SE DUKE PORTLAND, OR | Shane JACK |
| 3/14/2008 | HANGZHOU HUAGAO INDUSTRY CO LTD | PURETECH RESEARCH INC | 518 SE 102ND AVE VANCOUVER WA | Ronald STOLTENBERG |
| 3/18/2008 | HANGZHOU HUAGAO INDUSTRY CO LTD | PURETECH RSEARCH INC | 518 102 AVE VANCOUVER WA | Ronald STOLTENBERG |
| 3/21/2008 | HANGZHOU HUAGAO INDUSTRY CO LTD | PURETECH RESEARCH INC | 15905 NE 27TH CIRCLE VANCOUVER WA | N.W. |
| 3/25/2008 | HANGZHOU HUAGAO INDUSTRY CO.,LTD | IBE TECHNOLOGY | 518 SE 102 ND AVE VANCOUVER WA | Ronald STOLTENBERG |
| 4/1/2008 | HANGZHOU HUAGAO INDUSTRY CO.,LTD | PURETECH RSEARCH INC | 518 SE 102ND AVE VANCOUVER WA | Ronald STOLTENBERG |

**Indictment**                                                                              **Page 10**

| | | | | |
|---|---|---|---|---|
| 4/15/2008 | SHANGHAI YUNYUN CHEMICAL COL | IBE TECHNOLOGY INC | 518SE 102ND AVE VANCOUVER WA | Ronald STOLTENBERG |
| 4/18/2008 | SHANGHAI YUNYUN CHEMICAL COL | IBE TECHNOLOGY INC | 15905 NE 27TH CIRCLE VANCOUVER WA | N.W. |
| 5/19/2008 | Peter Yang, ACI, FOXCONN HG TECH PARK, NORTH DISTRICT, GUANLAN 518110, CN, SHENZHEN, GD 518110, CN | LANDON BRITT | 12523 SE HAROLD ST, PORTLAND, OR | Landon BRITT |
| 6/17/2008 | HANGZHOU HUAGAO INDUSTRY CO LTD | IBE TECH | 518 SE 102ND AVE VANCOUVER WA | Ronald STOLTENBERG |
| 7/23/2008 | HANGZHOU HUAGAO INDUSTRY CO.,LTD | IBE TECHNOLOGY INC | 12523 SE HAROLD ST PORTLAND OR | Landon BRITT |
| 7/29/2008 | HUAGAO CO.,LTD | IBE TECHNOLOGY INC | 12523 SE HAROLD ST PORTLAND OR | Landon BRITT |
| 8/19/2008 | SHANGHAI YUN YUN CHEMICAL CO.,LTD | A.L., IBE TECHNOLOGY INC | 12523 SE HAROLD ST,PORTLAND, OR 972 | Landon BRITT |
| 9/10/2008 | SHANGHAI YUNYUN CHEMICAL CO.,LTD | A.L., IBE TECHNOLOGY INC | 12523 SE HAROLD ST. PORTLAND 0R 972 | Landon BRITT |
| 9/23/2008 | Peter, SHANGHAI YUN YUN CHEMICAL | A.L., IBE TECHNOLOGY INC | 12523 SE HAROLD ST. PORTLAND 0R 97236 | Landon BRITT |
| 10/28/2008 | SHANGHAI YUNYUN CHEMICAL CO.,LTD | IBE TECHNOLOGY INC | 2706 L STREET VANCOUVER, WA 98663 U | C.W. |
| 12/19/2008 | SHANGHAI YUNYUN CHEMICAL COL | PURETECH RESEARCH INC | 12523 SE HAROLD ST PORTLAND OR | Landon BRITT |
| 12/22/2008 | SHANGHAI YUNYUN CHEMICAL CO.,L TD. RM 504 NO.2 | PURETECH RESEARCH INC, | 12523 SE HAROLD ST, PORTLAND, OR 97236 | Landon BRITT |

**Indictment**                                                                 **Page 11**

| | LANE 1568, CHANG JIANG WEST ROAD, BAOSHAN, CN 200431 | | | |
|---|---|---|---|---|
| 1/11/2009 | SHANGHAI YUNYUN CHEMICAL COL | IBE TECHNOLOGY INC | 12523 SE HAROLD ST PORTLAND OR | Landon BRITT |
| 1/12/2009 | SHANGHAI YUNYUN CHEMICAL CO.,LTD. RM 504 NO.2 LANE 1568, CHANG JIANG WEST ROAD, BAOSHAN, CN 200432 | IBE TECHNOLOGY INC | 12523 SE HAROLD ST, PORTLAND, OR 97236 | Landon BRITT |
| 1/25/2009 | SHANGHAI YUNYUN CHEMICAL COL | IBE TECHNOLOGY INC | 12523 SE HAROLD ST PORTLAND OR | Landon BRITT |
| 2/3/2009 | SHANGHAI YUNYUN CHEMICAL CO.,LTD. RM 504 NO.2 LANE 1568, CHANG JIANG WEST ROAD, BAOSHAN, CN 200433 | IBE TECHNOLOGY INC, | 12523 SE HAROLD ST, PORTLAND, OR 97237 | Landon BRITT |
| 2/9/2009 | SHANGHAI YUNYUN CHEMICAL CO.,LTD. RM 504 NO.2 LANE 1568, CHANG JIANG WEST ROAD, BAOSHAN, CN 200434 | IBE TECHNOLOGY INC, | 12523 SE HAROLD ST, PORTLAND, OR 97238 | Landon BRITT |
| 5/26/2009 | SHANGHAI YUNYUN CHEMICAL COL | IBE TECHNOLOGY INC | 12523 SE HAROLD ST PORTLAND OR | Landon BRITT |
| 5/15/2010 | SHANGHAI YUNYUN CHEMICAL CO.LTD | MBE TECHNOLOGY | 7185 LOS VERDES DR GLADSTONE OR9702 | P.M. |
| 6/5/2010 | SHANGHAI YUNYUN CHEMICAL CO.LTD | MBE TECHNOLOGY | 7185 LOS VERDES DR GLADSTONE OR9702 | P.M. |

**Indictment** **Page 12**

| | SHANGHAI YUNYUN CHEMICAL CO.LTD | | 7185 LOS VERDES DR GLADSTONE | P.M. |
|---|---|---|---|---|
| 6/22/2010 | SHANGHAI YUNYUN CHEMICAL CO.LTD | MBE TECHNOLOGY | 7185 LOS VERDES DR GLADSTONE OR9702 | P.M. |
| 8/5/2010 | SHANGHAI YUNYUN CHEMICAL CO.LTD | MBE TECHNOLOGY | 11243 SE STEVENS RD PORTLAND OR97086 | P.M. |
| 9/11/2010 | SHANGHAI YUNYUN CHEMICAL CO.LTD | MBE TECHNOLOGY | 7185 LOS VERDES DR GLADSTONE OR9702 | P.M. |
| 10/1/2010 | MR WAN | P.M. | 11243 SE STEVENS RD PORTLAND OR 970 | P.M. |
| 11/3/2010 | SHANGHAI YUNYUN CHEMICAL CO.LTD | MBE TECHNOLOGY | 11243 SE STEVENS RD PORTLAND OR970 | P.M. |
| 11/10/2010 | SHANGHAI YUNYUN CHEMICAL CO.LTD | IBE TECHNOLOGY INC | 518 SE 102ND AVE VANCOUVER WA 98664 | Ronald STOLTENBERG |
| 1/22/2011 | SHANGHAI YUNYUN CHEMICAL CO.LTD | IBE TECHNOLOGY CO.LTD | 11243 SE STEVENS RD PORTLAND OR970 | P.M. |
| 2/15/2011 | SHANGHAI YUNYUN CHEMICAL CO.LTD | IBE TECHNOLOGY INC | 11243 SE STEVENS RD PORTLAND OR970 | P.M. |
| 3/24/2011 | SHANGHAI YUNYUN CHEMICAL CO.LTD | IBE TECHNOLOGY INC | 518 SE 102ND AVE VANCOUVER WA 98664 | Ronald STOLTENBERG |
| 5/7/2011 | SHANGHAI YUNYUN CHEMICAL CO.LTD | IBE TECHNOLOGY INC | 518 SE 102ND AVE VANCOUVER WA 98664 | Ronald STOLTENBERG |
| 7/28/2011 | SHANGHAI YUNYUN CHEMICAL CO.LTD | IBE TECHNOLOGY INC | 518 SE 102ND AVE VANCOUVER WA 98664 | Ronald STOLTENBERG |

Indictment

Page 13

| | SHANGHAI YUNYUN CHEMICAL CO.LTD | IBE TECHNOLOGY INC | 518 SE 102ND AVE VANCOUVER WA 98664 | Ronald STOLTENBERG |
|---|---|---|---|---|
| 8/18/2011 | | | | |
| 10/10/2011 | SHANGHAI YUNYUN CHEMICAL CO.LTD | IBE TECHNOLOGY INC | 518 SE 102ND AVE VANCOUVER WA 98664 | Ronald STOLTENBERG |
| 10/12/2011 | NANJING PLASTIC TRADING COMPANY LTD | PAUL MEYEA | 11243 SE STEVENS RD PORTLAND OR | P.M. |
| 11/12/2011 | SHANGHAI YUNYUN CHEMICAL CO.LTD | IBE TECHNOLOGY INC | 518 SE 102ND AVE VANCOUVER WA 98664 | Ronald STOLTENBERG |
| 12/17/2011 | SHANGHAI YUNYUN CHEMICAL CO.LTD | IBE TECHNOLOGY INC | 518 SE 102ND AVE VANCOUVER WA | Ronald STOLTENBERG |
| 2/4/2012 | SHANGHAI YUNYUN CHEMICAL CO.LTD | IBE TECHNOLOGY INC | 518 SE 102ND AVE VANCOUVER WA 98664 | Ronald STOLTENBERG |
| 2/8/2012 | SHANGHAI YUN YUN HUAGONG CO LTD | IBE TECHNOLOGY INC | 518 SE 102ND AVE VANCOUVER WA 98664 | Ronald STOLTENBERG |
| 3/28/2012 | YUN YUN HUAGONG CO LTD | IBE TECHNOLOGY INC | 518 SE 102ND AVE VANCOUVER WA 98664 | Ronald STOLTENBERG |
| 3/30/2012 | SHANGHAI YUNYUN CHEMICLA CO.LTD | IBE TECHNOLOGY INC | 518 SE 102ND AVE VANCOUVER WA 98664 | Ronald STOLTENBERG |
| 5/4/2012 | SHANGHAI YUNYUN CHEMICAL CO.LTD | IBE TECHNOLOGY INC | 518 SE 102ND AVE VANCOUVER WA 98664 | Ronald STOLTENBERG |
| 5/8/2012 | SHANGHAI YUNYUN CHEMICAL CO LTD | IBE TECHNOLOGY INC | 518 SE 102ND AVE VANCOUVER WA 98664 | Ronald STOLTENBERG |
| 6/30/2012 | SHANGHAI YUNYUN CHEMICAL CO.LTD | IBE TECHNOLOGY INC | 518 SE 102ND AVE VANCOUVER WA 98664 | Ronald STOLTENBERG |

**Indictment**                                                                                      **Page 14**

| | | | | |
|---|---|---|---|---|
| 7/3/2012 | SHANGHAI YUNYUN CHEMICAL CO.LTD | IBE TECHNOLOGY INC | 518 SE 102ND AVE VANCOUVER WA 98664 | Ronald STOLTENBERG |
| 8/22/2012 | SHANGHAI YUNYUN CHEMICAL CO.LTD | IBE TECHNOLOGY INC | 518 SE 102ND AVE VANCOUVER WA 98664 | Ronald STOLTENBERG |
| 9/25/2012 | SHANGHAI YUNYUN CHEMICAL CO.,LTD | IBE TECHNOLOGY INC | 518 SE 102ND AVE VANCOUVER | Ronald STOLTENBERG |
| 9/26/2012 | SHANGHAI YUNYUN CHEMICAL CO.LTD | IBE TECHNOLOGY INC | 518 SE 102ND AVE VANCOUVER WA 98664 | Ronald STOLTENBERG |
| 11/1/2012 | SHANGHAI YUNYUN CHEMICAL CO.,LTD | IBE TECHNOLOGY INC | 518 SE 102ND AVE VANCOUVER | Ronald STOLTENBERG |
| 11/2/2012 | SHANGHAI YUNYUN CHEMICAL CO.LTD | IBE TECHNOLOGY INC | 518 SE 102ND AVE VANCOUVER WA 98664 | Ronald STOLTENBERG |
| 11/19/2012 | SHANGHAI YUNYUN CHEMICAL CO.,LTD | IBE TECHNOLOGY INC | 518 SE 102ND AVE VANCOUVER | Ronald STOLTENBERG |
| 11/20/2012 | SHANGHAI YUNYUN CHEMICAL CO.LTD | IBE TECHNOLOGY INC | 518 SE 102ND AVE VANCOUVER WA 98664 | Ronald STOLTENBERG |
| 1/14/2013 | SHANGHAI YUNYUN CHEMICAL CO.,LTD | IBE TECHNOLOGY INC | 518 SE 102ND AVE VANCOUVER | Ronald STOLTENBERG |
| 1/20/2013 | 4PX EXPRESS, SHENZHEN Co, LTD | Ron STOLTENBERG | 518 SE 102ND AVE VANCOUVER | Ron STOLTENBERG |
| 1/31/2013 | SHANGHAI YUNYUN CHEMICAL CO.,LTD | IBE TECHNOLOGY INC | 518 SE 102ND AVE VANCOUVER | Ronald STOLTENBERG |
| 2/2/2013 | SHANGHAI YUNYUN CHEMICAL CO.LTD | IBE TECHNOLOGY INC | 518 SE 102ND AVE VANCOUVER WA 98664 | Ronald STOLTENBERG |

**Indictment**                                                            **Page 15**

| | | | 518 SE 102ND AVE VANCOUVER WA 98664 | Ronald STOLTENBERG |
|---|---|---|---|---|
| 2/21/2013 | MR WAN | Ron STOLTENBERG | | |
| 2/26/2013 | SHANGHAI YUNYUN CHEMICAL CO.LTD | Landon BRITT/IBE Technology | 12523 SE HAROLD ST PORTLAND OR | Landon BRITT |
| 3/15/2013 | SHANGHAI YUNYUN CHEMICAL CO.LTD | Landon BRITT/IBE Technology | 12523 SE HAROLD ST PORTLAND OR | Landon BRITT |
| 4/24/2013 | SHANGHAI YUNYUN CHEMICAL CO.LTD | IBE TECHNOLOGY INC | 518 SE 102ND AVE VANCOUVER WA 98664 | Ronald STOLTENBERG |
| 5/8/2013 | SHANGHAI YUNYUN CHEMICAL CO.LTD | IBE TECHNOLOGY INC | 518 SE 102ND AVE· VANCOUVER WA 98664 | Ronald STOLTENBERG |
| 8/13/2013 | MR WAN | Doug ERICKSON | 13323 SE SHERMAN STREET, PORTLAND, OR 97233 | Doug ERICKSON |
| 8/13/2013 | MR WAN | Doug ERICKSON | 13323 SE SHERMAN STREET, PORTLAND, OR 97233 | Doug ERICKSON |

69-117.     On the dates listed below defendants **LANDON BRITT** and **BRANDON**

**LYONS**, conducted Western Union wire transfers of funds to Chinese chemical companies for

the purchase of controlled substances anabolic steroids in the following transactions:

| Date | Sender | Recipient | Recipient Location | Amount | |
|---|---|---|---|---|---|
| 07/03/2006 | LANDON BRITT | YAN WANG | CHANGZHOU, CHINA | $ | 970.00 |
| 10/07/2006 | LANDON BRITT | HAITANG LI | CHANGZHOU, CHINA | $ | 1,070.00 |
| 10/23/2006 | LANDON BRITT | HAITANG LI | SUZHOU, CHINA | $ | 1,065.00 |
| 01/22/2007 | LANDON BRITT | CHUN ZHANG | CHANGZHOU, CHINA | $ | 1,455.00 |
| 02/06/2007 | LANDON BRITT | JIANNAN WANG | CHANGZHOU, CHINA | $ | 2,250.00 |

**Indictment**                                                                 **Page 16**

| 02/07/2007 | LANDON BRITT | LINGEN LOU | YIWU, CHINA | $ | 2,080.00 |
|---|---|---|---|---|---|
| 03/29/2007 | LANDON BRITT | TIANHUA ZHANG | VHANGZHO, CHINA | $ | 2,400.00 |
| 07/26/2007 | LANDON BRITT | PRNGFEI SHI | YIWU, CHINA | $ | 900.00 |
| 08/10/2007 | LANDON BRITT | ZHEN SHEN | SHANGHAI, CHINA | $ | 600.00 |
| 08/26/2007 | LANDON BRITT | JIAXING HE | YIWU, CHINA | $ | 1,700.00 |
| 09/01/2007 | LANDON BRITT | ZHEN SHEN | SHANGHAI, CHINA | $ | 1,950.00 |
| 09/05/2007 | LANDON BRITT | ZHEN SHEN | SHANGHAI, CHINA | $ | 1,420.00 |
| 09/11/2007 | LANDON BRITT | ZHEN SHEN | SHANGHAI, CHINA | $ | 1,950.00 |
| 09/22/2007 | LANDON BRITT | ZHEN SHEN | SHANGHAI, CHINA | $ | 2,900.00 |
| 10/03/2007 | LANDON BRITT | ZHEN SHEN | SHANGHAI, CHINA | $ | 2,600.00 |
| 10/18/2007 | LANDON BRITT | ZHEN SHEN | SHANGHAI, CHINA | $ | 2,600.00 |
| 10/23/2007 | LANDON BRITT | ZHEN SHEN | SHANGHAI, CHINA | $ | 1,450.00 |
| 11/02/2007 | LANDON BRITT | ZHEN SHEN | SHANGHAI, CHINA | $ | 2,900.00 |
| 11/13/2007 | LANDON BRITT | ZHEN SHEN | SHANGHAI,CHINA | $ | 2,700.00 |
| 11/13/2007 | BRANDON LYONS | ZHEN SHEN | | $ | 2,500.00 |
| 11/25/2007 | LANDON BRITT | ZHEN SHEN | SHANGHAI, CHINA | $ | 2,600.00 |
| 11/28/2007 | LANDON BRITT | ZHEN SHEN | SHANGHAI, CHINA | $ | 2,600.00 |
| 12/01/2007 | LANDON BRITT | ZHEN SHEN | SHANGHAI, CHINA | $ | 3,900.00 |
| 04/02/2008 | LANDON BRITT | LOU YING | YIWU, CHINA | $ | 4,000.00 |
| 09/16/2009 | LANDON BRITT | BO LIU | SHANGHAI, CHINA | $ | 365.00 |
| 10/06/2009 | LANDON BRITT | LINGFANG HU | GANZHOUSHI, CHINA | $ | 1,760.00 |
| 10/17/2009 | LANDON BRITT | MEIYING FU | HUICHANG, CHINA | $ | 1,010.00 |
| 11/06/2009 | LANDON BRITT | XUHUI LI | JIAXING, CHINA | $ | 400.00 |
| 11/10/2010 | LANDON BRITT | LEI BA | CHANGCHUN, CHINA | $ | 1,550.00 |

**Indictment**  **Page 17**

| | | | | | |
|---|---|---|---|---|---|
| 01/08/2011 | LANDON BRITT | DENGHONG PAN | YIWU, CHINA | $ | 1,350.00 |
| 01/20/2011 | LANDON BRITT | XINGJI LIU | YIWU, CHINA | $ | 699.00 |
| 02/21/2011 | LANDON BRITT | XINGJI LIU | YIWU, CHINA | $ | 1,299.00 |
| 04/04/2011 | LANDON BRITT | XINGJI LIU | YIWU, CHINA | $ | 2,250.00 |
| 05/27/2011 | LANDON BRITT | XINGJI LIU | YIWU, CHINA | $ | 1,894.00 |
| 09/28/2011 | LANDON BRITT | XINGJI LIU | YIWU, CHINA | $ | 1,599.00 |
| 11/14/2011 | LANDON BRITT | XINGJI LIU | YIWU, CHINA | $ | 1,394.00 |
| 02/08/2012 | LANDON BRITT | XINGJI LIU | YIWU, CHINA | $ | 2,645.00 |
| 02/24/2012 | LANDON BRITT | XINGJI LIU | YIWU, CHINA | $ | 1,995.00 |
| 04/06/2012 | LANDON BRITT | XINGJI LIU | YIWU, CHINA | $ | 2,300.00 |
| 04/10/2012 | LANDON BRITT | XINGJI LIU | YIWU, CHINA | $ | 2,500.00 |
| 04/22/2012 | LANDON BRITT | XINGJI LIU | YIWU, CHINA | $ | 2,900.00 |
| 04/24/2012 | LANDON BRITT | XINGJI LIU | YIWU, CHINA | $ | 2,300.00 |
| 05/05/2012 | LANDON BRITT | XINGJI LIU | YIWU, CHINA | $ | 2,699.00 |
| 05/10/2012 | LANDON BRITT | XINGJI LIU | YIWU, CHINA | $ | 2,300.00 |
| 05/15/2012 | LANDON BRITT | XINGJI LIU | YIWU, CHINA | $ | 2,820.00 |
| 05/21/2012 | LANDON BRITT | XINGJI LIU | YIWU, CHINA | $ | 2,300.00 |
| 05/26/2012 | LANDON BRITT | XINGJI LIU | YIWU, CHINA | $ | 2,500.00 |
| 06/10/2012 | LANDON BRITT | XINGJI LIU | YIWU, CHINA | $ | 2,610.00 |
| 06/16/2012 | LANDON BRITT | XINGJI LIU | YIWU, CHINA | $ | 2,800.00 |
| | | | Total Sent by BRITT: | $ | 96,299.00 |
| | | | Total Sent by LYONS: | $ | 2,500.00 |

118-179.    On the dates listed below defendants **LANDON BRITT** conducted bank

swift transfers of funds from **LANDON BRITT's** Chase Bank account to Chinese chemical

companies, with **LANDON BRITT**, 12523 SE Harold Street, Portland, Oregon, listed as the

**Indictment**                                                                    **Page 18**

transferor, for the purchase of controlled substances anabolic steroids in the following

transactions:

| 5/29/2009 | $14,400 | China Merchant's Bank | Dai Zhenghui |
|---|---|---|---|
| 8/12/2009 | $7,200 | China Merchant's Bank | Ye Renju |
| 9/24/2009 | $3,600 | China Merchant's Bank | Ye Renju |
| 10/20/2009 | $3,600 | China Merchant's Bank | Ye Renju |
| 11/4/2009 | $3,600 | China Merchant's Bank | Ye Renju |
| 11/16/2009 | $2,140 | Hong Kong and Shanghai Banking Corporation | Wan International Limited |
| 12/7/2009 | $2,150 | Hong Kong and Shanghai Banking Corporation | Wan International Limited |
| 12/11/2009 | $1,300 | Hong Kong and Shanghai Banking Corporation | Wan International Limited |
| 1/5/2010 | $3,600 | China Merchant's Bank | Ye Renju |
| 1/19/2010 | $2,150 | Hong Kong and Shanghai Banking Corporation | Wan International Limited |
| 1/25/2010 | $7,200 | China Merchant's Bank | Shen Zhen |
| 2/5/2010 | $3,120 | Foreign Cur Bus Acct Bk 1 Columbus OH | Wan International Limited |
| 2/9/2010 | $7,200 | China Merchant's Bank | Dai Deling |
| 2/22/2010 | $1,700 | Foreign Cur Bus Acct Bk 1 Columbus OH | Wan International Limited |
| 3/2/2010 | $1,315 | Foreign Cur Bus Acct Bk 1 Columbus OH | Wan International Limited |
| 3/22/2010 | $1,860 | Foreign Cur Bus Acct Bk 1 Columbus OH | Wan International Limited |
| 4/13/2010 | $3,600 | China Merchant's Bank | Dai Zhengui |
| 4/16/2010 | $3,250 | Hong Kong and Shanghai Banking Corporation | Wan International Limited |
| 10/26/2010 | $7,200 | China Merchant's Bank | Dai Deling |
| 11/4/2010 | $7,200 | China Merchant's Bank | Dai Deling |
| 11/9/2010 | $5,500 | Hong Kong and Shanghai Banking Corporation | Wan International |

**Indictment**                                                          **Page 19**

| | | | Limited |
|---|---|---|---|
| 1/10/2011 | $6,000 | China Merchant's Bank | Ye Renju |
| 2/11/2011 | $4,620 | Hong Kong and Shanghai Banking Corporation | Wan International Limited |
| 3/17/2011 | $1,690 | Foreign Cur Bus Acct Bk 1 Columbus OH | Wan International Limited |
| 7/11/2011 | $4,050 | Hong Kong and Shanghai Banking Corporation | Wan International Limited |
| 8/12/2011 | $10,000 | China Merchant's Bank | Chen Daichuan |
| 8/26/2011 | $3,100 | Foreign Cur Bus Acct Bk 1 Columbus OH | Wan International Limited |
| 9/13/2011 | $2,300 | Foreign Cur Bus Acct Bk 1 Columbus OH | Wan International Limited |
| 9/26/2011 | $5,900 | Foreign Cur Bus Acct Bk 1 Columbus OH | Wan International Limited |
| 10/4/2011 | $10,000 | China Merchant's Bank | Chen Daichuan |
| 11/9/2011 | $10,000 | China Merchant's Bank | Chen Daichuan |
| 12/14/2011 | $10,000 | China Merchant's Bank | Ye Renju |
| 1-31-2012 | $11,625 | China Merchant's Bank | Dai Deling |
| 1-31-2012 | $11,625 | China Merchant's Bank | Ye Renju |
| 2-27-2012 | $2,720 | Hong Kong and Shanghai Banking Corporation | Wan International Limited |
| 3-22-2012 | $10,000 | China Merchant's Bank | Chen Daichuan |
| 3-22-2012 | $10,000 | China Merchant's Bank | Dai Zhengui |
| 4-11-2012 | $4,750 | Hong Kong and Shanghai Banking Corporation | Wan International Limited |
| 4-24-2012 | $3,600 | Hong Kong and Shanghai Banking Corporation | Wan International Limited |
| 4-25-2012 | $10,000 | China Merchant's Bank | Dai Zhengui |
| 4-25-2012 | $10,000 | China Merchant's Bank | Chen Daichuan |
| 5-22-2012 | $2,950 | Hong Kong and Shanghai Banking Corporation | Wan International Limited |
| 6-21-2012 | $5,900 | Hong Kong and Shanghai Banking Corporation | Wan International |

**Indictment**                                                                                    **Page 20**

| | | | Limited |
|---|---|---|---|
| 6-27-2012 | $10,000 | China Merchant's Bank | Ye Renju |
| 6-27-2012 | $10,000 | China Merchant's Bank | Chen Daichuan |
| 7-26-2012 | $1,600 | Hong Kong and Shanghai Banking Corporation | Wan International Limited |
| 8-16-2012 | $10,000 | China Merchant's Bank | Dai Zhenghui |
| 9-19-2012 | $10,000 | Bank of Communications, Shanghai, China | Benro International Co. |
| 10-03-2012 | $3,900 | Hong Kong and Shanghai Banking Corporation | Wan International Limited |
| 10-30-2012 | $10,000 | China Merchant's Bank | Ye Renju |
| 11-2-2012 | $5,900 | Hong Kong and Shanghai Banking Corporation | Wan International Limited |
| 11-15-2012 | $2,800 | Hong Kong and Shanghai Banking Corporation | Wan International Limited |
| 11-15-2012 | $10,000 | Bank of Communications, Shanghai, China | Benro International Co. |
| 1-7-2013 | $10,000 | Bank of Communications, Shanghai, China | Benro International Co. |
| 1-10-2013 | $3,950 | Hong Kong and Shanghai Banking Corporation | Wan International Limited |
| 1-29-2013 | $10,000 | Bank of Communications, Shanghai, China | Benro International Co. |
| 1-29-2013 | $2,060 | Hong Kong and Shanghai Banking Corporation | Wan International Limited |
| 2-19-2013 | $10,000 | China Merchant's Bank | Ye Renju |
| 2-27-2013 | $5,950 | Hong Kong and Shanghai Banking Corporation | Wan International Limited |
| 3-8-2013 | $10,000 | China Merchant's Bank | Chen Daichuan |

| Total Sent by **LANDON BRITT**: | | $369,875.00 |
|---|---|---|

**Indictment** **Page 21**

180-253.    On the dates listed below defendants **SHANE JACK** and **LANDON**

**BRITT**, used the U.S. Postal Service to mail packages containing controlled substances anabolic

steroids, and in doing so used false names and addresses as sender information, in the following

transactions (unindicted co-conspirators have not been identified and their street addresses

removed):

| Date | Sender | Recipient | Type of Package |
|------|--------|-----------|-----------------|
| 2/21/2013 | Brian Smith, 1808 SE 182nd Ave., Portland, OR 97233 | J.C., Las Vegas, NV 89119 | Med Flat Rate |
| 2/25/2013 | Brian Smith, 1808 SE 182nd Ave., Portland, OR 97234 | S.R., Kennewick, WA 99336 | Med Flat Rate |
| 3/25/2013 | Brian Smith, 1808 SE 182nd Ave., Portland, OR 97235 | S. R., Kennewick, WA 99337 | Small Flat Rate |
| 3/25/2013 | Brian Smith, 1808 SE 182nd Ave., Portland, OR 97236 | T.S., Everett, WA 98208 | Small Flat Rate |
| 3/25/2013 | Brian Smith, 1808 SE 182nd Ave., Portland, OR 97237 | C.G., Clovis, CA 93619 | Small Flat Rate |
| 3/25/2013 | EXM, 9702 SE Ogden, PDX, OR 97088 | C.J., Miami, OK 74354 | Small Flat Rate |
| 3/26/2013 | Brian Smith, 1808 SE 182nd Ave., Portland, OR 97238 | G.V, Barnet, TX 78611 | Small Flat Rate |
| 3/26/2013 | Brian Smith, 1808 SE 182nd Ave., Portland, OR 97239 | Q.B., Seattle, WA 98144 | Med Flat Rate |
| 3/26/2013 | Brian Smith, 1808 SE 182nd Ave., Portland, OR 97240 | R.G., Las Vegas, NV 89119 | Med Flat Rate |
| 4/4/2013 | Brian Smith, 1808 SE 182nd Ave., Portland, OR 97241 | B.H., Kennewick, WA 99335 | Small Flat Rate |

**Indictment**                                                                                          **Page 22**

| 4/9/2013 | EXM, 9702 SE Ogden, PDX, OR 97086 | D.H., Simi Valley, CA 93063 | Small Flat Rate |
|---|---|---|---|
| 4/10/2013 | EXM, 9702 SE Ogden, PDX, OR 97087 | C.D., Lincoln, NE 68521 | Envelope |
| 4/11/2013 | EXM, 9702 SE Ogden, PDX, OR 97089 | F.C., Lewiston, ID 83501 | Small Flat Rate |
| 4/11/2013 | EXM, 9702 SE Ogden, PDX, OR 97090 | Ali Shanghaghi, 3028 B SW Avalon Way, Seattle, WA 98126 | Med Flat Rate |
| 4/11/2013 | Brian Smith, 1808 SE 182nd Ave., Portland, OR 97242 | J.B., Seattle, WA 98144 | Med Flat Rate |
| 4/15/2013 | EXM, 9702 SE Ogden, PDX, OR 97088 | Keith Kofoed, 9015 Louise Ave, Charlotte, NC 28204 | Small Flat Rate |
| 4/15/2013 | EXM, 9702 SE Ogden, PDX, OR 97089 | E.P., Idaho Falls, ID | Small Flat Rate |
| 4/15/2013 | EXM, 9702 SE Ogden, PDX, OR 97090 | B.K., Grants Pass, OR 97526 | Small Flat Rate |
| 4/17/2013 | EXM, 9702 SE Ogden, PDX, OR 97091 | C.J., Miami, OK 74354 | Small Flat Rate |
| 4/17/2013 | EXM, 9702 SE Ogden, PDX, OR 97092 | E.F., West Jordan, UT 84088 | Small Flat Rate |
| 4/17/2013 | EXM, 9702 SE Ogden, PDX, OR 97093 | J. Hollibaugh, 20002 E. Buckeye Ave, Otis Orchards, WA 99027 | Small Flat Rate |
| 4/17/2013 | EXM, 9702 SE Ogden, PDX, OR 97094 | E.P., Idaho Falls, ID | Small Flat Rate |
| 5/9/2013 | Extrem Motorsports, 12732 SE Holt Dr, PDX, OR 97266 | S.L., Palmdale, Ca 93552 | Small Flat Rate |
| 5/9/2013 | Extrem Motorsports, 12732 SE Holt Dr, PDX, OR 97266 | J.K., West Sacramento, Ca 95691 | Small Flat Rate |
| 5/9/2013 | Extrem Motorsports, 12732 SE Holt Dr, PDX, OR 97266 | E.F., West Jordan, UT 84088 | Small Flat Rate |

**Indictment**                                                                    **Page 23**

| 5/9/2013 | Extrem Motorsports, 12732 SE Holt Dr, PDX, OR 97266 | Ben Luck, 15086 Oak Creek Rd, El Cajon, Ca 92021 | Small Flat Rate |
|---|---|---|---|
| 5/9/2013 | Extrem Motorsports, 12732 SE Holt Dr, PDX, OR 97266 | E.P., Idaho Falls, ID 83404 | Small Flat Rate |
| 5/9/2013 | EXM, 9702 SE Ogden, PDX, OR 97086 | Ali Shanghaghi, 3028 B SW Avalon Way, Seattle, WA 98126 | Small Flat Rate |
| 5/13/2013 | EXM 9702 SE Ogden, Portland, OR 97086 | Ali Shaghaghi, 3028 SW Avalon Way #B, Seattle, WA 98126 | Med Flat Rate |
| 5/13/2013 | EXM 9702 SE Ogden, Portland, OR 97086 | S.R., Kennewick, WA 99336 | Med Flat Rate |
| 5/20/2013 | Extrem Motorsports, 12732 SE Holt Dr, PDX, OR 97266 | S.P., Costa Mesa, CA 92627 | Med Flat Rate |
| 5/21/2013 | EXM 9702 SE Ogden, Portland, OR 97086 | R.A., Jacksonville, FL 32225 | Small Flat Rate |
| 5/21/2013 | EXM 9702 SE Ogden, Portland, OR 97086 | J.V., Seattle, WA 98126 | Med Flat Rate |
| 5/21/2013 | EXM 9702 SE Ogden, Portland, OR 97086 | C.G., CA 93619 | Med Flat Rate |
| 5/21/2013 | EXM 9702 SE Ogden, Portland, OR 97086 | E.L., WA 98126 | Med Flat Rate |
| 5/21/2013 | EXM 9702 SE Ogden, Portland, OR 97086 | T.S., WA 98208 | Med Flat Rate |
| 5/23/2013 | Extrem Motorsports, 12732 SE Holt Dr, PDX, OR 97266 | P.A., AZ 72034 | Small Flat Rate |
| 5/23/2013 | Extrem Motorsports, 12732 SE Holt Dr, PDX, OR 97266 | E.F., UT 84088 | Small Flat Rate |
| 5/23/2013 | Extrem Motorsports, 12732 SE Holt Dr, PDX, OR 97266 | E.P., ID 83404 | Small Flat Rate |
| 5/23/2013 | Extrem Motorsports, 12732 SE Holt Dr, PDX, OR 97266 | S.C., Carlsbad, CA 92010 | Small Flat Rate |
| 6/4/2013 | EXM 9702 SE Ogden, Portland, OR 97086 | J.B., Seattle, WA 98144 | Med Flat Rate |

**Indictment**                                                                          **Page 24**

| 6/12/2013 | EXM, 12732 SE Holt Dr, PDX, OR 97266 | J. Hollibaugh, 20002 E. Buckeye Ave, Otis Orchards, WA 99027 | Small Flat Rate |
|---|---|---|---|
| 6/12/2013 | EXM, 12732 SE Holt Dr, PDX, OR 97266 | J.H., Waimanalo, HI 96795 | Med Flat Rate |
| 6/19/2013 | EXM 9702 SE Ogden, Portland, OR 97086 | J.B., Astoria, NY 11102 | Small Flat Rate |
| 6/19/2013 | EXM 9702 SE Ogden, Portland, OR 97086 | T.S., Everett, WA 98208 | Med Flat Rate |
| 6/19/2013 | EXM 9702 SE Ogden, Portland, OR 97086 | C.B., Lagrange, IL  60525 | Med Flat Rate |
| 6/19/2013 | EXM, 12732 SE Holt Dr, PDX, OR 97266 | G.L., Anchorage, AK 99507 | Small Flat Rate |
| 6/19/2013 | EXM, 12732 SE Holt Dr, PDX, OR 97266 | J.G., Chicago, IL 60605 | Small Flat Rate |
| 6/21/2013 | EXM, 12732 SE Holt Dr, PDX, OR 97266 | FCM, Battle Ground, WA 98604 | Small Flat Rate |
| 6/21/2013 | EXM, 12732 SE Holt Dr, PDX, OR 97266 | D.H., Simi Valley, CA 93063 | Small Flat Rate |
| 6/21/2013 | EXM, 12732 SE Holt Dr, PDX, OR 97266 | E.F., Ritzville, WA 99169 | Small Flat Rate |
| 6/21/2013 | EXM, 12732 SE Holt Dr, PDX, OR 97266 | N.B., Wasilla, AK 99629 | Small Flat Rate |
| 6/21/2013 | EXM, 12732 SE Holt Dr, PDX, OR 97266 | G.L., Anchorage, AK 99507 | Small Flat Rate |
| 6/25/2013 | EXM, 12732 SE Holt Dr, PDX, OR 97266 | D.H., Simi Valley, CA 93063 | Express Envelope |
| 6/25/2013 | EXM, 12732 SE Holt Dr, PDX, OR 97266 | G.L., Anchorage, AK 99507 | Express Envelope |
| 6/25/2013 | EXM, 12732 SE Holt Dr, PDX, OR 97266 | E.P., Idaho Falls, ID 83402 | Small Flat Rate |
| 7/3/2013 | EXM, 12732 SE Holt Dr, PDX, OR 97266 | M6 Motel, Room 245, Mr. McCubbin, 550 Montrose Court, El Cajon, CA 92020 | Express Envelope |
| 7/3/2013 | EXM, 12732 SE Holt Dr, PDX, OR 97266 | T.F., Ritzville, WA 99169 | Small Flat Rate |
| 7/25/2013 | EXM, 9702 SE Ogden, Portland, OR 97086 | Ali Shaghaghi, 3028 B SW Avalon Way, Seattle, WA 98126 | Med Flat Rate |

**Indictment**                                                                                 **Page 25**

| 8/7/2013 | EXM, 12732 SE Holt Dr, PDX, OR 97266 | S.C., Carlsbad, CA 92010 | Med Flat Rate |
|---|---|---|---|
| 8/7/2013 | EXM, 12732 SE Holt Dr, PDX, OR 97266 | M.M., Scottsdale, AZ 85251 | Med Flat Rate |
| 8/7/2013 | EXM, 12732 SE Holt Dr, PDX, OR 97266 | Keith Kofoed, 510 Louise Ave, Charlotte, NC 28204 | Express Envelope |
| 8/20/2013 | EXM, 12732 SE Holt Dr, PDX, OR 97266 | J.M., Fairbanks, AK 99701 | Small Flat Rate |
| 8/20/2013 | EXM, 12732 SE Holt Dr, PDX, OR 97266 | S.L., Palmdale, Ca 93552 | Small Flat Rate |
| 8/20/2013 | EXM, 12732 SE Holt Dr, PDX, OR 97266 | R.N, Cataldo, ID 83810 | Small Flat Rate |
| 8/20/2013 | EXM, 12732 SE Holt Dr, PDX, OR 97266 | E.P., Idaho Falls, ID 83402 | Small Flat Rate |
| 8/20/2013 | EXM, 12732 SE Holt Dr, PDX, OR 97266 | F.C., Lewiston, ID 83501 | Med Flat Rate |
| 8/20/2013 | EXM, 12732 SE Holt Dr, PDX, OR 97266 | R.B., Dothan, AL 36303 | Small Flat Rate |
| 8/20/2013 | EXM, 12732 SE Holt Dr, PDX, OR 97266 | J. Hollibaugh, 20002 E. Buckeye Ave, Otis Orchards, WA 99027 | Small Flat Rate |
| 8/29/2013 | EXM, 12732 SE Holt Rd, PDX, OR 97266 | C.W., Spokane, WA 99208 | Small Flat Rate |
| 8/29/2013 | EXM, 12732 SE Holt Rd, PDX, OR 97266 | Keith Kofoed, 510 Louise Ave, Charlotte, NC 28204 | Express Envelope |
| 9/12/2013 | EXM, 9702 SE Ogden St, Portland, OR 97086 | K.T., CA 90266 | Small Flat Rate |
| 9/12/2013 | EXM, 9702 SE Ogden St, Portland, OR 97086 | A.R., Las Vegas, NV 89139 | Small Flat Rate |

254.    On dates including September 18, 2013, to the date of this indictment, defendants

**SHANE JACK, LANDON BRITT, GEORGIA JACK, BRANDON LYONS, JAMES**

**LONGORIA, JR., MATTHEW BOWEN, CHRISTOPHER BOWDEN, REBECCA**

**ERICKSON, TRAVIS MONTEITH, GERMAN MARTIN MCCUBBIN, BRADLEY**

**HOLLIBAUGH, ALI SHAGHAGHI, BENJAMIN LUCK,** and **KEITH KOFOED** used

Indictment                                                                Page 26